[NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 01-1833

GREGORY LANGADINOS,

Plaintiff, Appellant,

v.

AMERICAN AIRLINES, INC.,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nancy Gertner, U.S. District Judge]

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

Gregory Langadinos on brief pro se.
Tory A. Weigand, Gary W. Harvey and Morrison, Mahoney, & Miller on brief for appellee.

October 18, 2002

**Per Curiam**.  After carefully reviewing the briefs and record on appeal, we affirm substantially for the reasons given by the district court.  Despite notice and without excuse, the appellant failed to carry out the court's orders concerning discovery and sanctions.  He also burdened the court and the appellee with needless delays.  Robson v. Hallenbeck, 81 F.3d 1 (1st Cir. 1996); United States v. One 1987 BMW, 985 F.2d 655, 657 (1st Cir.  1993).  The court did not abuse its discretion in dismissing the action.  Velazquez-Rivera v. Sea-Land Service, Inc., 920 F.2d 1072 (1st Cir. 1990).

Affirmed.  Loc. R. 27(c).